March 10, 1986. The petition for rehearing is denied.

Justice BRENNAN took no part in the consideration or decision of this petition.

**George A. KELLER, petitioner, v.
UNITED STATES. No. 85–748.**
Supreme Court of the United States.